## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Keto O. LeDay
Allen Correctional Center DOC No. 432120
3751 Lauderdale Woodyard Rd.
Kinder La 70648

Judgment on rehearing rendered and mailed to all parties or counsel of record on May 11, 2022

## REHEARING ACTION: May 11, 2022

**Docket Number: 22   00132-KH**

**STATE OF LOUISIANA**
**VERSUS**
**KETO O. LEDAY**
**A/K/A KETO O'NEAL LEDAY**

**Writ Application from Evangeline Parish Case No. 64,020-FA**

**BEFORE JUDGES:**

    **Hon. Candyce G. Perret**
    **Hon. Jonathan W. Perry**
    **Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the ruling on the application for rehearing filed by **Keto O. LeDay** is:

    **REHEARING DENIED**. *See* Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Hon. Trent Brignac, Counsel for  the Respondent